UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
                          :   CR. NO. 3:25-CR- 001
         v.               :
                          :
JEROME EVERETTE TAYLOR, III, :   (Judge Munley)
                          :
         Defendant

INDICTMENT

THE GRAND JURY CHARGES:

FILED
SCRANTON
JAN 07 2025
PER _____
DEPUTY CLERK

COUNT 1
18 U.S.C. § 1791(a)(2)
(Possessing Contraband in Prison)

On or about November 13, 2024, at the Federal Correctional Institution at Schuylkill, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**JEROME EVERETTE TAYLOR, III,**

being an inmate of a prison, did knowingly possess and obtain a prohibited object, specifically, a weapon, and an object that is designed and intended to be used as a weapon, commonly known as a "shank."

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

|  |  |
|---|---|
|  | A TRUE BILL |
| GERARD M. KARAM<br>United States Attorney | ▬▬▬▬▬▬▬▬▬▬▬▬▬<br>FOREPERSON |
| *[signature]*<br>LUISA HONORA BERTI<br>Assistant United States Attorney | 1-7-25<br>Date |

2